UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2018-2
SEPTEMBER 25, 2018 SESSION



**UNITED STATES OF AMERICA**

v.    CRIMINAL NO. 2:18-00203

8 U.S.C. § 1326(a)

**ARTURO CHAGALA-CHIGO**

### I N D I C T M E N T
(Reentry of a Removed Alien)

The Grand Jury Charges:

1. On or about August 11, 2009, defendant ARTURO CHAGALA-CHIGO, an alien, was found at or near Summersville, West Virginia, and was subsequently removed from the United States to Mexico on or about August 28, 2009.

2. On or about September 12, 2015, defendant ARTURO CHAGALA-CHIGO, an alien, was found at or near Laredo, Texas, was convicted in the United States District Court in the Southern District of Texas of the misdemeanor offense of Illegal Entry, in violation of 8 U.S.C. § 1325(a)(1) on or about September 15, 2015, and was subsequently removed from the United States to Mexico on or about September 25, 2015.

3. On or about October 16, 2015, defendant ARTURO CHAGALA-CHIGO, an alien, was found at or near Laredo, Texas and was

subsequently removed from the United States to Mexico on or about October 19, 2015.

4. On or about October 28, 2015, defendant ARTURO CHAGALA-CHIGO, an alien, was found at or near Laredo, Texas, and was subsequently removed from the United States to Mexico on or about October 29, 2015.

5. On or about September 13, 2018, at or near Summersville, Nicholas County, West Virginia, and within the Southern District of West Virginia and elsewhere, defendant ARTURO CHAGALA-CHIGO, an alien, was subsequently found in the United States after having been removed from the United States, and had not obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

MICHAEL B. STUART
United States Attorney

By: *Erik S. Goes*
ERIK S. GOES
Assistant United States Attorney